

# IN THE
## TENTH COURT OF APPEALS

### No. 10-17-00042-CV

### IN THE MATTER OF THE MARRIAGE OF
### ANNY HELENE KYLE AND JERRY DAVID KYLE

**From the 52nd District Court
Coryell County, Texas
Trial Court No. 13-42497**

## MEMORANDUM OPINION

On March 16, 2017, the Clerk of this Court notified Appellant Jerry David Kyle that we have not received the docketing statement and that this appeal would be dismissed if the docketing statement was not filed within twenty-one days of the date of the letter. No response has been received from Appellant. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 26, 2017
[CV06]

